```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| JOSÉ NAVARRETE, | HONORABLE JEROME B. SIMANDLE |
| Plaintiff, | |
| v. | Civil No. 09-3683 (JBS/AMD) |
| UNITED STATES OF AMERICA, et al., | **ORDER** |
| Defendants. | |

This matter having come before the Court upon unopposed motion for summary judgment filed by Defendant Former Warden Charles E. Samuels, Jr. [Docket Item 65]; the Court having considered the submissions of Defendant in support thereof and the Court finding no opposition from Plaintiff thereto; for the reasons stated in the Opinion of today's date; and for good cause shown;

IT IS this **4th** day of **September**, **2012** hereby

ORDERED that Defendant's motion for summary judgment shall be, and it hereby is **GRANTED**; and it is further

ORDERED that the Clerk shall close the action upon the Docket.

                                          **s/ Jerome B. Simandle**
                                          JEROME B. SIMANDLE
                                          Chief U.S. District Judge