```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| JOSE NAVARRETE, | HONORABLE JEROME B. SIMANDLE |
| Plaintiff, | |
| | Civil No. 09-3683 (JBS/AMD) |
| v. | |
| UNITED STATES OF AMERICA, et al., | **ORDER** |
| Defendants. | |

This matter having come before the Court upon Plaintiff Navarrete's motion to alter or amend the judgment, pursuant to Rule 59(e), Fed. R. Civ. P. [Docket Item 70]; having considered the submissions of both parties; for the reasons expressed in the Memorandum Opinion of today's date,

IT IS this **4th** day of **March**, **2013** hereby

ORDERED that the Clerk of Court reopen the case on the docket; and it is further

ORDERED that the motion to alter judgment is DENIED; and it is further

ORDERED that the Clerk of Court close the case on the docket.

                                              **s/ Jerome B. Simandle**
                                              JEROME B. SIMANDLE
                                              Chief U.S. District Judge